Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: kamaria.davis@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| PHILLIP BRIAN GRAMM,<br><br>Plaintiff<br><br>vs.<br><br>FRANK BISIGNANO<br><br>Commissioner of Social Security<br><br>Defendant(s). | CASE No.: 2:23-CV-09845-SP<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND DOLLARS ($2,000.00).

DATE: June 10, 2025

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

- 1